Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000240
28-JUN-2011
09:08 AM

NO. CAAP-10-0000240

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WELLS FARGO BANK, Plaintiff-Appellee,
v.
LARRYNOBLE KALEI KAUHANA and NICOLE THERESA HENRIQUES,
Defendants-Appellants,
and
ASSOCIATE OF APARTMENT OWNERS OF IAO PARKSIDE, STATE OF HAWAI'I,
DEPARTMENT OF HEALTH, et al., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 09-1-0359(2))

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant LarryNoble Kalei Kauhana and Nicole Theresa Henriques (Appellants) filed a notice of appeal on December 23, 2010; (2) on February 22, 2011, the appellate clerk filed the record on appeal and provided notice to Appellants that the jurisdictional statement was due on March 7, 2011 and the opening brief was due on April 4, 2011; (3) Appellants did not

file the jurisdictional statement; (4) on March 29, 2011, Appellants obtained an extension of time to May 4, 2011 to file the opening brief; (5) Appellants did not file the opening brief; (6) on June 8, 2011, the appellate clerk provided notice to Appellants that: (a) the time to file the jurisdictional statement and the opening brief expired; (b) the matter would be called to the attention of the court on June 15, 2011; and (c) the appeal may be dismissed pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 30; and (7) Appellants did not file the jurisdictional statement and the opening brief or seek relief from default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to HRAP Rule 30.

DATED: Honolulu, Hawai'i, June 28, 2011.

Chief Judge

Associate Judge

Associate Judge